IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GINTARAS ALEKSONIS,<br><br>Defendant. | PO-23-5143-GF-JTJ<br><br>VIOLATION:<br>E1383688<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the Defendant's payment of a $70 fine and $30 processing fee for violation E1383688 (for a total of $100), and for good cause shown, **IT IS ORDERED** that the $100 fine paid by the Defendant is accepted as a full adjudication of violation E1383688.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 7, 2023, is **VACATED.**

DATED this 5th day of December, 2023.

_____
John Johnston
United States Magistrate Judge